UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: *Benjamin, et al. v. 3M Company, et al*; Case No. 3:19-cv-03216-MCR-GRJ | Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |

## NOTICE OF WITHDRAWAL OF MOTION TO REMAND

Please take notice that Plaintiffs, through counsel, hereby withdraw their pending Motion to Remand filed on September 4, 2019 [Doc. # 13].

Respectfully submitted this 25th day of October 2019.

**PARKER WAICHMAN LLP**

By: */s/ Raymond C. Silverman*
Raymond C. Silverman
6 Harbor Park Drive
Port Washington, New York 11050
Telephone: (516) 466-6500
rsilverman@yourlawyer.com

Stacy Kathryn Hauer
JOHNSON BECKER PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Telephone: (612) 436-1806
shauer@johnsonbecker.com

*Attorneys for Plaintiffs*

1

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Withdrawal of Motion to Remand was filed on October 25, 2019, using the Court's electronic filing system which sent notification to all attorneys of record.

<i>/s/ Raymond C. Silverman</i><br>
Raymond C. Silverman